UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
Case No. 4:20-cv-00234-WS-MAF

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

H2 PROPERTY MANAGEMENT, LLC,
doing business as HOLLAWAY
PROPERTY MANAGEMENT

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant have settled this matter. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com

1

Social Justice Law Collective, PL
974 Howard Avenue
Dunedin, FL 34698
(202) 709-5744
(866) 893-0416 (Fax)

Attorneys for the Plaintiff


By:  *s/ Joshua A. Glickman*
      Joshua A. Glickman, Esq.

.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 9th day of July 2020, which will send a notice of electronic filing to all attorneys of record.


By:  *s/ Joshua A. Glickman*
      Joshua A. Glickman, Esq.