UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
Case No. 4:20-cv-00234-WS-MAF

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

H2 PROPERTY MANAGEMENT, LLC,
doing business as HOLLAWAY
PROPERTY MANAGEMENT

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Delroy A. Chambers, Jr., by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby files this Notice of Voluntary Dismissal with Prejudice, and by agreement of the parties each side will bear their own respective attorneys' fees and expenses.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com

>Social Justice Law Collective, PL
>974 Howard Ave.
>Dunedin, FL 34698
>(202) 709-5744
>(866) 893-0416 (Fax)
>
>Attorneys for the Plaintiff
>
>By: _s/ Shawn A. Heller_
>    Shawn A. Heller, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 4th day of August, 2020, which will send a notice of electronic filing to all attorneys of record.

>By: _s/ Shawn A. Heller_
>    Shawn A. Heller, Esq.