UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.                                         4:20cv234–WS/MAF

H2 PROPERTY MANAGEMENT, LLC,
doing business as HOLLOWAY PROPERTY
MANAGEMENT,

    Defendant.

_____

ORDER OF DISMISSAL

    Before the court is the plaintiff's notice (ECF No. 12) of voluntary dismissal with prejudice. By such notice, the plaintiff has voluntarily dismissed this case with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the dismissal was effective upon the filing of the plaintiff's notice.  Accordingly, it is ORDERED:

    The clerk shall close the case, noting on the docket that this case has been dismissed with prejudice.

    DONE AND ORDERED this   5th   day of    August   , 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE